**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| REAL TIME RESOLUTIONS, INC., Plaintiff, v. SHELLEY E. COOPER a/k/a SHELLY E. COOPER; CAVALRY INVESTMENTS LLC; UNITED STATES OF AMERICA; CITY OF WARWICK (COMMUNITY DEVELOPMENT HOME IMPROVEMENT LOAN PROGRAM), Defendants. | CA 07 377 ML<br>Case No. ________<br>(Formerly Case No. 07-0629 Kent County Superior Court) |

**UNITED STATES OF AMERICA'S NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

TO:

Gini Spaziano, Esquire
Shechtman Halperin Savage, LLP
1080 Main Street
Pawtucket, Rhode Island 02860

Peter Ruggiero, Esquire
20 Centerville Road
Warwick, Rhode Island 02886

City of Warwick
Community Development Home
Improvement Loan Program
Warwick City Hall
Annex Building, 2nd Floor
3275 Post Road
Warwick, Rhode Island 02886

Cavalry Investments, LLC
P.O. Box 1030
Hawthorne, New York 10532

PLEASE TAKE NOTICE that the action styled *Real Time Resolutions, Inc. v. Shelley E. Cooper, et al.*, Case No. 07-0629, now pending in the Kent County Superior Court in the state of Rhode Island, is removed to the United States District Court for the District of Rhode Island, by and on behalf of the United States of America. The action is removable pursuant to the provisions of 28 U.S.C. § 1442(a)(1) as it is brought against the United States, and 28 U.S.C.

§ 1444, as it appears to be an action in interpleader brought against the United States under the provisions of 28 U.S.C. § 2410.

Photocopies of the summons and complaint, together with attachments, constituting all non-duplicative process and pleadings received by the trial attorney for the United States to the date of this notice, are attached hereto as required by 28 U.S.C. § 1446(a).

No prior removal of the action has been attempted.

This notice of removal is filed in accordance with the procedures of 28 U.S.C. § 1446, and the removal of the action is timely under the provisions of 28 U.S.C. § 1446(b).

ROBERT CLARK CORRENTE
United States Attorney

LY T. NGUYEN
Assistant United States Attorney

WENDY J. KISCH
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6553
Fax: (202) 514-5238
E-mail: Wendy.J.Kisch@usdoj.gov

## CERTIFICATE OF SERVICE

I CERTIFY that service of the foregoing UNITED STATES OF AMERICA'S NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND has this 10th day of October, 2007, been made upon the following by depositing a copy in the United States mail, postage prepaid, addressed to:

Gini Spaziano, Esquire
Shechtman Halperin Savage, LLP
1080 Main Street
Pawtucket, Rhode Island 02860

Peter Ruggiero, Esquire
20 Centerville Road
Warwick, Rhode Island 02886

City of Warwick
Community Development Home
Improvement Loan Program
Warwick City Hall
Annex Building, 2nd Floor
3275 Post Road
Warwick, Rhode Island 02886

Cavalry Investments, LLC
P.O. Box 1030
Hawthorne, New York 10532

Nancy A. DeQuinzio



2739853.2