STATE OF RHODE ISLAND
KENT, SC.

SUPERIOR COURT

RECEIVED
SEP 13 2007
U.S. ATTORNEY
DISTRICT OF R.I.

REAL TIME RESOLUTIONS, INC.
Plaintiff,

v.

C. A. No.: 07-0629

SHELLEY E. COOPER a/k/a SHELLY E. COOPER;
CAVALRY INVESTMENTS LLC;
UNITED STATES OF AMERICA;
CITY OF WARWICK (COMMUNITY DEVELOPMENT
HOME IMPROVEMENT LOAN PROGRAM)
Defendants.

## AMENDED COMPLAINT AND REQUEST FOR DECLARATORY RELIEF
(Mortgage Foreclosure Surplus Funds)

## INTRODUCTION

This is an action for declaratory relief stemming from a foreclosure sale on property located at 51 Haswill Street, Warwick, Rhode Island. Real Time Resolutions, Inc. (hereinafter the "Plaintiff") is currently holding in its possession surplus funds in the amount of $16,956.91. Accordingly, Plaintiff seeks to deposit with this Honorable Court said surplus and to be discharged from any further obligation involving this matter.

## PARTIES

1. Plaintiff, RTR, is a duly established corporation with a usual place of business located at 1750 Regal Row, Suite 120, Dallas, TX 75235.

2. The Defendant, Shelley E. Cooper, is, upon information and belief, an individual with a last known address 51 Haswill Street, Warwick, RI.

3. The Defendant, Cavalry Investments, LLC, is upon information and belief a corporation with a principal place of business located at P. O. Box 1030, Hawthorne, NY 10532.

4. The Defendant, City of Warwick (Community Development Home Improvement Loan Program), upon information and belief, is a municipal entity with a principal place of business located at Warwick City Hall, Annex Building, 2nd Floor, 3275 Post Road, Warwick, RI 02886.

5. The Defendant, United States of America, upon information and belief, is a governmental entity, having an address at JFK Federal Building, 15 New Sudbury Street, Boston, MA 02203.

**FACTS**

6. The Plaintiff was the holder of a mortgage given by Albert E. and Shelley E. Cooper to RMST Mortgage, Inc. d/b/a NE Funding dated September 12, 1996 and recorded in the City of Warwick Registry of Deeds in Book 2592 at Page 164 (hereinafter "Mortgage"), cover the real estate located at 51 Haswill Street, Warwick, Rhode Island. The Mortgage was assigned to 1st Plus Funding, Inc. by instrument dated September 12, 1996 and recorded in the City of Warwick Registry of Deeds in Book 2592 at Page 170. The Mortgage was then assigned to RTR by instrument dated March 22, 2004 and recorded in the City of Warwick Registry of Deeds in Book 5101 at Page 280.

8. On January 9, 2007, the Plaintiff caused the mortgaged premises to be sold at public auction under Statutory Power of Sale for $90,500.00, said amount being bid by Mark Reo.

9. After satisfaction of the indebtedness to the Plaintiff including costs of foreclosure and sale, accrued interest, late charges, and any and all other charge pursuant to applicable law and the loan documents in the aggregate sum of $69,917.93, the Plaintiff now holds in its possession a surplus in the amount of Sixteen Thousand Nine Hundred Fifty Six Dollars and 91/100 ($16, 956.91).

10. The following persons and entities appear of record to be all persons or entities having an interest in said funds held by the Plaintiff, to wit:

(a) The Defendant, Cavalry Investments, LLC, who recorded an execution issued by the Third Division District Court of the State of Rhode Island, dated July 21, 2003 and recorded in the City of Warwick Registry of Deeds in Book

4723 at Page 274 in the principal amount of $8,388.52.

(b) The Defendant, United States of America, who is the holder of a Federal Tax Lien, against Shelley E. Cooper, dated August 25, 2004 and recorded in the City of Warwick Registry of Deeds in Book 5358 at Page 12 in the original principal amount of $59,302.63.

(c) The Defendant, City of Warwick (Community Development Home Improvement Loan Program, ) who is the holder of a mortgage given by Shelley E. Cooper, dated October 30, 2006 and recorded in the City of Warwick Registry of Deeds in Book 6373 at Page 139 in the original principal amount of $6,000.00.

11. By reason of the conflicting interests of the Defendants named herein, the Plaintiff is in doubt as to which of the Defendants are entitled to the surplus proceeds and in what amounts.

**WHEREFORE,** the Plaintiff, RTR, prays that:

1. The said Defendants be ordered to appear and prove their claims, if any, to the surplus funds;
2. The Plaintiff be allowed its costs, expenses and attorney's fees in this Interpleader Action;
3. The Plaintiff be directed and authorized to pay all surplus funds held by it in the amount of Sixteen Thousand Nine Hundred Fifty Six Dollars and 91/100 ($16, 956.91) less the fees and costs incurred by the Plaintiff in this Interpleader Action, into this Court;
4. The rights of the Defendants herein named be determined by this Court as to the surplus funds paid into Court;
5. This action be discontinued and dismissed as to the Plaintiff, it being merely a stakeholder and having no interest in said funds; and

6. This Court grant such other and further relief as it deems just and proper.

REAL TIME RESOLUTIONS, INC.

By its Attorneys,
SHECHTMAN HALPERIN SAVAGE, LLP

By: ______________________

Gini Spaziano, Esq. (#5020)
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400 telephone
(401) 272-1403 facsimile

Dated: August 27, 2007