**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| REAL TIME RESOLUTIONS, INC., | ) | |
| | ) | Civil Action No. 1:07-377-ML |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| SHELLEY E. COOPER a/k/a SHELLY E. COOPER; CAVALRY INVESTMENTS LLC; UNITED STATES OF AMERICA; CITY OF WARWICK (COMMUNITY DEVELOPMENT HOME IMPROVEMENT LOAN PROGRAM), | ) | |
| | ) | |
| Defendants. | ) | |

**UNITED STATES' REQUEST FOR ENLARGEMENT OF TIME TO SERVE RESPONSE TO COMPLAINT**

The defendant, the United States of America, requests an enlargement of time, to November 12, 2007, to file an answer or otherwise respond to the plaintiff's complaint. In support of this request, the United States asserts as follows:

This action was removed to this Court from the Providence County Superior Court by a Notice of Removal filed on October 10, 2007. Rule 81(c) of the Federal Rules of Civil Procedure governs the procedure in civil actions removed from the state courts to the United States District Courts. Rule 81(c) first provides that the Federal Rules of Civil Procedure apply to removed cases. The Rule goes on to prescribe certain periods for the service of an answer or other defenses, and the governing time period may be as short as five days after removal.

The United States and federal officers or employees are ordinarily afforded sixty days after service of a summons and complaint upon them to serve an answer or otherwise to defend in a civil action (*see, e.g.*, Rule 12(a) of the Federal Rules of Civil Procedure and 28 U.S.C.

§ 2410(b)). The enlargement requested here is consistent with the period provided by the federal rules and statutes.

Rule 6(b)(1) of the Federal Rules of Civil Procedure permits the district courts to enter orders enlarging the time in which certain acts are required to be done or may be done. Accordingly, pursuant to the provisions of Rule 6(b)(1) of the Federal Rules of Civil Procedure the United States requests the entry of an order enlarging, to and including November 12, 2007, the time in which the United States shall be permitted to serve an answer, a motion, or such other response as may be permitted by the Federal Rules of Civil Procedure, with respect to the complaint in the above-titled action.

In support of this request,[1/] the United States, by its undersigned attorney, represents that enlargement is needed to investigate the allegations in the complaint in order to prepare a meaningful response.

[1/] The defendant seeks this enlargement of time pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure *"before the expiration of the period originally prescribed."* That Rule provides that an enlargement may be sought under such circumstances *"with or without motion,." i.e.,* by a timely "request." In contrast, an enlargement sought "*after the expiration of the specified period,"* may, under Rule 6(b)(2) of the Federal Rules of Civil Procedure, be sought only *"upon motion."* Thus, this timely request is properly distinguished from a motion, and, the United States submits, is exempt from the separate memorandum requirement of L.R. 7(a).

Therefore, the United States requests that the time to file an answer or otherwise respond to the plaintiff's complaint be extended to November 12, 2007.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

LY T. NGUYEN
Assistant United States Attorney

/s/ Wendy J. Kisch
WENDY J. KISCH
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6553
E-mail: Wendy.J.Kisch@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of October, 2007, I electronically filed the foregoing document and attached proposed Order with the Clerk of the Court using its CM/ECF system, which will send notification of such filing(s) to the following:

NONE

and I hereby further certify that on the same date, I caused the foregoing documents to be mailed, by the United States Postal Services to the following non-registered participants:

Gini Spaziano, Esquire
Shechtman Halperin Savage, LLP
1080 Main Street
Pawtucket, Rhode Island 02860

Peter Ruggiero, Esquire
20 Centerville Road
Warwick, Rhode Island 02886

City of Warwick
Community Development Home
Improvement Loan Program
Warwick City Hall
Annex Building, 2nd Floor
3275 Post Road
Warwick, Rhode Island 02886

Cavalry Investments, LLC
P.O. Box 1030
Hawthorne, New York 10532

/s/ Wendy J. Kisch
WENDY J. KISCH
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6553
Fax: (202) 514-5238
E-mail: Wendy.J.Kisch@usdoj.gov