**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| REAL TIME RESOLUTIONS, INC., | ) | |
| | ) | Civil Action No. 1:07-377-ML |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| SHELLEY E. COOPER a/k/a SHELLY E. COOPER; CAVALRY INVESTMENTS LLC; UNITED STATES OF AMERICA; CITY OF WARWICK (COMMUNITY DEVELOPMENT HOME IMPROVEMENT LOAN PROGRAM), | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ENLARGING TIME OF UNITED STATES TO SERVE RESPONSE TO COMPLAINT**

The above-titled matter is before the Court upon the request of the defendant, the United States of America, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, for the entry of an order enlarging, to and including November 12, 2007, the time in which the United States shall be permitted to serve an answer, motion, or such other response to the Plaintiff's complaint as may be permitted by the Federal Rules of Civil Procedure. And the Court, having determined that the requisite cause for enlargement of time has been shown, hereby

ORDERS that the defendant, United States of America, shall have to and including November 12, 2007, to serve its answer, motion, or other such response as may be permitted by the Federal Rules of Civil Procedure, with respect to the complaint in the above-titled action.

SO ORDERED at Providence, Rhode Island this ____ day of _____________, 2007.

______________________________
MARY M. LISI
UNITED STATES DISTRICT JUDGE

2739884.2