STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

RE: CA 07-377ML

# SUPERIOR COURT

___ ***Providence County***
Licht Judicial Complex
250 Benefit Street
Providence, Rhode Island 02903

X ***Kent County***
Kent County Judicial Complex
222 Quaker Lane
Warwick, Rhode Island 02886

___ ***Newport County***
Murray Judicial Complex
45 Washington Square
Newport, Rhode Island 02840

___ ***Washington County***
McGrath Judicial Complex
4800 Tower Hill Road
Wakefield, Rhode Island 02879

REAL TIME RESOLUTIONS, INC.

**Plaintiff**

SHELLEY E. COOPER A/K/A SHELLY E. COOPER; CAVALRY INVESTMENTS, LLC; UNITED STATES OF AMERICA; CITY OF WARWICK (COMMUNITY DEVELOPMENT HOME IMPROVEMENT LOAN PROGRAM)

**Defendant**

CIVIL ACTION, FILE No. 07-0629

## ***Summons***

*To the above-named Defendant:* AREA DIRECTOR, INTERNAL REVENUE SERVICE
JFK FEDERAL BUILDING, 15 NEW SUDBURY STREET, BOSTON, MA 0220:

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon GINI SPAZIANO, ESQ. Plaintiff's attorney, whose address is SHECHTMAN HALPERIN SAVAGE, LLP 1080 MAIN STREET, PAWTUCKET, RI 02860 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you,exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

[signature]

CLERK

Dated: SEPTEMBER 11, 2009

**(Seal of the Superior Court)**

# State of Rhode Island and Providence Plantations

..Suffolk............................,SC

## PROOF OF SERVICE

I hereby certify that on the ....20th............................ day of September, 2007.................. I served a copy of this summons and a copy of the complaint received therewith upon ..Area..Director..Internal..Revenue..Service by delivering in hand to Carol Green agent at time of service.Service was made at 15 New Sudbury Street,Boston MA on 9/20/07 at 11:00am in the following manner:

By delivering a copy of the summons and complaint to him/her personally.

By leaving a copy of the summons and complaint at his/her dwelling house,.....................................................

............................................................................................., with a person of suitable age and discretion then residing therein. (Address)

By leaving a copy of the summons and complaint at his/her usual place of abode, .............................................

............................................................................................., with a person of suitable age and discretion then residing therein.

By delivering a copy of the summons and complaint to an agent authorized by appointment or by law to receive service of process, namely ...........................................................................................................

such agent being one designated by statute to receive service, further notice as the statute requires was given as follows:

..........................................................................................................................................

..........................................................................................................................................

..........................................................................................................................................

Sheriff's Fees

Travel ......................... $75.00 $...........................

Service ........................ $...........................

$...........................

George Slyva ........................ Deputy Sheriff

CIVIL ACTION

FILE NO. 07-0629

SUMMONS

SUPERIOR COURT

FILED 2007 OCT 24 A 9:52

U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

REAL TIME RESOLUTIONS, INC.

vs

SHELLEY E. COOPER A/K/A SHELLY E. COOPER; CAVALRY INVESTMENTS, LLC; UNITED STATES OF AMERICA: AND CITY OF WARWICK (COMMUNITY DEVELOPMENT HOME IMPROVEMENT LOAN PROGRAM)

ATTORNEY FOR PLAINTIFF

GINI SPAZIANO, ESQ
SHECHTMAN HALPERIN SAVAGE, LLP
1080 MAIN STREET
PAWTUCKET, RI 02860
(401) 272-1400

NOTE: Returnable to Plaintiff's Attorney forthwith after service. Proof of service to be filed within time during which the person served must respond.

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS BOSTON

Then and there personally appeared before me, Andrea J. Cabral, Sheriff of the County of Suffolk, the said George Slyva, and made solemn oath to the truth of the foregoing return, by him/her subscribed. And I certify that said George Slyva at the time of said service was a Deputy Sheriff of said County, commissioned, sworn, and duly qualified to serve civil process therein.

In witness whereof, I have hereunto set my hand this 20, day of September,, 2007,.

SHERIFF