IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| REAL TIME RESOLUTIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:07-377-ML |
| | ) | |
| SHELLEY E. COOPER a/k/a SHELLY E. COOPER, CAVALRY INVESTMENTS LLC, UNITED STATES OF AMERICA, CITY OF WARWICK (COMMUNITY DEVELOPMENT HOME IMPROVEMENT LOAN PROGRAM), | ) | Honorable Mary M. Lisi |
| | ) | |
| Defendants. | ) | |

UNITED STATES' ANSWER

The United States hereby answers the Amended Complaint as follows:

1-4. The United States currently lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraphs 1-4.

5. Admit.

FACTS

6. The United States currently lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 6.

7. There is no allegation, nor Paragraph 7 in Plaintiff's Amended Complaint, therefore the United States cannot posit a response.

8. The United States currently lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8.

9. The United States admits there is a surplus of $16,956.91.

10. The United States currently lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10.

(a) The United States currently lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10(a).

(b) Admit.

(c) The United States currently lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10(c).

11. The United States admits the Defendants have conflicting interests, yet currently lacks knowledge or information sufficient to form a belief as to which Defendants are entitled to the surplus and in what amounts.

WHEREFORE, the United States requests that:

1. The Court determine the priority of each party's interest in the surplus funds; and

2. The Plaintiff not be allowed its costs for attorney fees in this action.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

LY NGUYEN
Assistant Unites States Attorney

*/s/ Andrea A. Kafka*
ANDREA A. KAFKA
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-7932
Fax: (202) 514-5238
Andrea.Kafka@usdoj.gov

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing UNITED STATES' ANSWER has been made upon the following via ECF or by depositing a copy in the United States mail, postage prepaid, this 8th day of November, 2007:

Virginia Spaziano
Shechtman Halperin Savage LLP
1080 Main Street
Pawtucket, RI 02860

Fleisig Gavlick & Romano
Attn: Attorney Fleisig
Attorneys for Cavalry Investments, LLC
355 Thayer Street
Providence, RI 02906

Steven H. Musen, Esquire
Hodosh, Lyon & Hammer, Ltd.
1023 Post Road
Warwick, Rhode Island 02888

Shelley E. Cooper
a/k/a Shelly E. Cooper
51 Haswill Street
Warwick, RI 02889

Peter D. Ruggiero, Esq.
Assistant City Solicitor
City of Warwick
RUGGIERO, ORTON & BROCHU
20 Centerville Road
Warwick, RI 02886

*/s/ Andrea A. Kafka*
ANDREA A. KAFKA
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-7932