IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

REAL TIME RESOLUTIONS, INC.,

Plaintiff,

Civil Action No. 1:07-377-ML

v.

SHELLEY E. COOPER a/k/a SHELLEY E. COOPER; CAVALRY INVESTMENTS LLC; UNITED STATES OF AMERICA; CITY OF WARWICK (COMMUNITY DEVELOPMENT HOME IMPROVEMENT LOAN PROGRAM),

Defendants.

**PLAINTIFF'S MOTION TO DEPOSIT SURPLUS FUNDS INTO COURT AND WITHDRAW**

Now comes the Plaintiff, Real Time Resolutions, Inc. (hereinafter "RTR"), and moves pursuant to Rule 67 of the Rhode Island Federal Rules of Civil Procedure to deposit into Court the surplus funds, plus all accrued interest, minus attorney's fees and costs it has incurred in connection with the filing and prosecution of this interpleader action.

As grounds therefore, the Plaintiff states:

1.) It has no right, title or interest to the net surplus funds.

2.) Defendant, United States of America, has filed an answer.

3.) Defendant, City of Warwick (Community Development Home Improvement Loan Program), has filed an answer.

4.) Defendant, Cavalry Investments LLC has not filed a response to Plaintiff's Amended Complaint.

5.) Defendant, Shelley E. Cooper a/k/a Shelly E. Cooper has not filed a response to Plaintiff's Amended Complaint.

The Plaintiff currently holds the sum of $16,956.91 plus accrued interest, in surplus funds in an interest bearing escrow account. The Plaintiff requests the Court's approval to retain the sum of $2,348.50, to cover its costs and attorney's fees incurred in connection with this interpleader action. (See Exhibit "A" attached hereto)

WHEREFORE, Real Time Resolutions, Inc., respectfully requests this Court allow its Motion to Deposit Surplus Funds in the amount of $16,956.91, plus accrued interest, less attorney's fees and costs in the amount of $2,348.50, into this Honorable Court and thereby be discharged from all further liabilities as to the Defendants.

Respectfully submitted,
Plaintiff,
REAL TIME RESOLUTIONS, INC.
By its attorneys:

***/s/ Gini Spaziano***

Gini Spaziano, Esquire (#5020)
SHECHTMAN HALPERIN SAVAGE, LLP
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400 Telephone
(401) 272-1403 Facsimile

Dated: January 16, 2008

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 16th day of January, 2008, a true and accurate copy of the within Motion was sent via first class mail, postage-prepaid, to the following:

Fleisig Gavlick & Romano
Attn: Attorney Fleisig
Attorneys for Cavelry Investments, LLC
355 Thayer Street
Providence, RI 02906

Shelley E. Cooper
Aka Shelly E. Cooper
51 Haswill Street
Warwick, RI 02889

Peter D. Ruggiero, Esq.
Assistant City Solicitor
City of Warwick
RUGGIERO, ORTON & BROCHU
20 Centerville Road
Warwick, RI 02886

*/s/ Gini Spaziano*