IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| REAL TIME RESOLUTIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:07-377-ML |
| | ) | |
| SHELLEY E. COOPER a/k/a SHELLY E. COOPER, CAVALRY INVESTMENTS LLC, UNITED STATES OF AMERICA, CITY OF WARWICK (COMMUNITY DEVELOPMENT HOME IMPROVEMENT LOAN PROGRAM), | ) | Honorable Mary M. Lisi<br>Magistrate Judge David L. Martin |
| | ) | |
| Defendants. | ) | |

DEFENDANT UNITED STATES' RESPONSE AND LIMITED OBJECTION TO PLAINTIFF'S MOTION TO DEPOSIT SURPLUS FUNDS INTO COURT AND WITHDRAW

The defendant United States of America submits this response to Plaintiff's Motion to Deposit Surplus Funds and Withdraw.

The United States objects to Plaintiff's request to deduct attorney's fees it incurred in connection with filing this action. Plaintiff's motion requests the Court to allow it to retain $2,348.50 to cover costs and attorney fees in this action. To the extent that money would diminish the amount the United States would otherwise be entitled to, it objects.

The provisions of the Internal Revenue Code that establish the federal tax lien, 26 U.S.C. §§ 6321 and 6322, prohibit an award of attorney's fees when that award diminishes the amount recoverable by the United States under its prior federal tax lien. *See Wells Fargo Home Mortgage v. Ovalles, et al.*, Not Reported in F.Supp.2d, 2003 WL 23931129 (D.R.I) (citing *Millers Mutual Insurance Association of Illinois v. Wassall*, 738 F.2d 302, 303 (8th Cir. 1984);

*Cable Atlanta, Inc. V. Project, Inc.*, 749 F.2d 626, 627 (11th Cir. 1984); *United States v. Ball Construction Co.*, 355 U.S. 587, 587-88 (1958); *United States v. Liverpool & London Insurance Co.*, 348 U.S. 215, 217 (1955)). The plaintiff holds claim to, or interest in, the interpled funds. If a federal tax lien attaches before the commencement of an interpleader action, the federal tax lien will have priority over any claim for attorney's fees accruing in that action. *See Id*. Further, it has consistently been held that "a disinterested [party] is not entitled to attorney's fees from a fund when the total amount in the fund is insufficient to satisfy prior federal tax liens." *Hinkley & Donovan v. Paine*, 424 F.Supp. 1013, 1021 (D.N.H. 1977) (quoting *United States v. State Nat'l Bank of Connecticut*, 421 F.2d 519, 521 (2d Cir. 1970)).

The United States assessed income tax liabilities against Shelly Cooper for the years 2000 and 2001 in an amount totaling $59,302.63; statutory additions continue to accrue. The tax liens attached to Shelly Cooper's property at 51 Haswill Street, Warwick, Rhode Island, on March 22, 2004, and June 28, 2004, respectively. This interpleader action was initiated in the Rhode Island Superior Court on June 22, 2007. The amount the United States is owed exceeds the funds in this interpleader, and the federal tax liens were assessed and attached approximately three years before this action was instituted. Therefore, there is no objection to plaintiff depositing the total surplus funds, plus accrued interest into the Court. The objection is to plaintiff taking money for attorney's fees in this action.

WHEREFORE the United States respectfully requests this Court to instruct plaintiff to deposit all surplus funds, in the amount of $16,956.91, plus accrued interest, and then allow plaintiff to be discharged from the case.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Andrea A. Kafka
ANDREA A. KAFKA
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-7932
Facsimile: (202) 514-5238
Email: Andrea.Kafka@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2008, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

Virginia Spaziano, Esq.
Shechtman Halperin Savage LLP
1080 Main Street
Pawtucket, RI 02860

And, for those parties not registered on the CM/ECF system, I have mailed via the United States Postal Service the document to:

Fleisig Gavlick & Romano
Attn: Attorney Fleisig
Attorneys for Cavalry Investments, LLC
355 Thayer Street
Providence, RI 02906

Steven H. Musen, Esq.
Hodosh, Lyon & Hammer, Ltd.
1023 Post Road
Warwick, RI 02888

Peter D. Ruggiero, Esq.
Assistant City Solicitor
City of Warwick
RUGGIERO, ORTON & BROCHU
20 Centerville Road
Warwick, RI 02886

Shelley E. Cooper
a/k/a Shelly E. Cooper
51 Haswill Street
Warwick, RI 02889

/s/ Andrea A. Kafka
ANDREA A. KAFKA
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-7932
Facsimile: (202) 514-5238
Email: Andrea.Kafka@usdoj.gov