UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

REAL TIME RESOLUTIONS, INC.

v. CA 07-377 ML

SHELLEY E. COOPER a/k/a/
SHELLEY E. COOPER; CAVALRY
INVESTMENTS LLC; UNITED STATES
OF AMERICA; CITY OF WARWICK
(COMMUNITY DEVELOPMENT HOME
IMPROVEMENT LOAN PROGRAM)

ORDER

This matter is before the court on Plaintiff's Motion to Deposit Surplus Funds into the Registry of the Court. Defendant United States of America has filed a limited objection.

Plaintiff's Motion is granted in part and denied in part. It is hereby ordered that Plaintiff shall deposit the entire sum of net surplus proceeds into the registry of court. Plaintiff's request to retain $2348.50 for attorneys fees is denied for the reasons set forth in Defendant United States' memorandum in opposition. Upon depositing the net surplus proceeds into the registry of this Court, Plaintiff shall be discharged from all further liabilities as to the Defendants in this action.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
February 19, 2008