IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

REAL TIME RESOLUTIONS, INC.,

Plaintiff,

Civil Action No. 1:07-377-ML

v.

SHELLEY E. COOPER a/k/a SHELLEY E. COOPER; CAVALRY INVESTMENTS LLC; UNITED STATES OF AMERICA; CITY OF WARWICK (COMMUNITY DEVELOPMENT HOME IMPROVEMENT LOAN PROGRAM),

Defendants.

**AMENDED ORDER**

This matter came before the Court on the Plaintiff's Motion to Deposit Surplus Funds into the Registry of the Court and Withdraw. The Defendant United States of America filed a limited objection.

The Plaintiff's Motion is granted in part and denied in part. It is hereby ordered that the Plaintiff shall deposit the entire sum of net surplus proceeds totaling **$16,956.91** into the registry of the Court. The Plaintiff's request to retain $2,348.50 for attorneys fees is denied for the reasons set forth in Defendant United States' memorandum in opposition. Upon depositing the net surplus proceeds into the registry of this Court, the Plaintiff shall be discharged from all further liabilities as to all of the Defendants in this action.

SO ORDERED:

Mary M. Lisi

Mary M. Lisi
Chief United States District Judge
March 24, 2008.