**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

**APPEARANCE**

| | | |
|---|---|---|
| REAL TIME RESOLUTIONS, INC., | ) | |
| | ) | Case No. 1:07-cv-00377 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| SHELLEY COOPER a/k/a SHELLY E. COOPER; CAVALRY INVESTMENTS LLC; UNITED STATES OF AMERICA; CITY OF WARWICK (COMMUNITY DEVELOPMENT HOME IMPROVEMENT LOAN PROGRAM) | ) | |
| | ) | |
| Defendants | ) | |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the Defendant Shelley E. Cooper a/k/a Shelly E. Cooper.

I certify that I am admitted to practice in this court.

____________7/31/08____________________ /s/ Elizabeht Wilson Segovis__
Date Signature

Elizabeth Wilson Segovis 4756(RI)
Rhode Island Legal Services, Inc.
56 Pine Street, 4th floor
Providence, RI 02903
(401) 274-2652 X172
Fax 453-0310
Email esegovis@rils.org

**CERTIFICATE OF SERVICE**

I CERTIFY that service of the foregoing APPEARANCE has this 31st day of July 2008, been made upon the following by depositing a copy in the United States mail, postage prepaid addressed to:

Andrea A. Kafka
US Department of Justice
PO Box 55
Ben Franklin Station
Washington, DC 20044

Ly Nguyen
US Attorney's Office
50 Kennedy Plaza
8th floor
Providence, RI 02903

Wendy J. Kisch
Trial Attorney, Tax Division
US Department of Justice
PO Box 55
Ben Franklin Station
Washington, DC 20044

Virginia Spaziano, Esquire
Shechtman Halperin Savage, LLP
1080 Main Street
Pawtucket, RI 02860

Peter Ruggiero Esquire
20 Centerville Road
Warwick, RI 02886

City of Warwick
Community Development Home
Improvement Loan Program
Warwick City Hall
Annex Building, 2nd floor
3275 Post Road
Warwick, RI 02886

Calvary Investments LLC
PO Box 1030
Hawthorne, NY 10532

/s/ ElizabethWilson Segovis