IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| REAL TIME RESOLUTIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:07-377-ML |
| | ) | |
| SHELLEY E. COOPER a/k/a SHELLY E. | ) | Honorable Mary M. Lisi |
| COOPER, CAVALRY INVESTMENTS LLC, | ) | |
| UNITED STATES OF AMERICA, CITY | ) | Magistrate Judge David L. Martin |
| OF WARWICK (COMMUNITY | ) | |
| DEVELOPMENT HOME IMPROVEMENT | ) | |
| LOAN PROGRAM), | ) | |
| | ) | |
| Defendants. | ) | |

DEFENDANT UNITED STATES' STATEMENT PURSUANT TO LOCAL RULE 16(c)

The United States submits this statement pursuant to Local Rule 16(c) asserting its position that it is entitled to a portion of the interpleader fund.

FACTS

This action was commenced to seek a judicial determination of the competing claims to a surplus fund resulting from the plaintiff's sale of the real property at 51 Haswill Street, Warwick, Rhode Island upon foreclosure of its mortgage. The property sold for $90,000.00. The foreclosure sale resulted in a surplus of $16,956.91, which the plaintiff, Real Time Resolutions filed a motion to deposit with the Court after taking its attorney fees. The United States filed a motion to prevent the attorney's fees from being taken out of the interpleader fund under the provisions of the Internal Revenue Code that establish the federal tax lien, 26 U.S.C. §§ 6321 and 6322. Sections 6321 and 6322 prohibit an award of attorney's fees when that award diminishes the amount recoverable by the United States under its prior federal tax lien. *Cable*

*Atlanta, Inc. v. Project, Inc.*, 749 F.2d 626, 627 (11th Cir. 1984). The Court granted the United States motion and the full amount has since been deposited with the Court.

THE UNITED STATES' POSITION ON THE INTERPLEADER FUND

The United States has two outstanding federal tax liens against the property. A federal tax lien arises at the time the IRS makes an assessment for unpaid taxes, and extends to "all property and rights to property, whether real or personal, belonging to" such person at the time the assessment is made. The lien continues to attach to the property until the amount of liability set forth in the assessment is satisfied. 26 U.S.C. §§ 6321, 6322. The United States' liens for the tax years ending December 31, 2000 and December 31, 2001 were assessed on March 22, 2004 and June 28, 2004, respectively. In total, exclusive of any interest or penalties, the liens total $59,302.63. This amount far exceeds the funds left in the interpleader. The United States will produce certificates of assessment quantifying the amount owed.

From their Answers and in discussions with counsel, the United States understands that the following parties also assert a claim on the fund: Cavalry Investments, LLC, which at last count claimed $8,388.52; and the City of Warwick which claims $6,000.00. The listed figures may not account for interest owed. Congress created a hierarchy of priorities recognizing that certain interests be satisfied prior to federal tax liens. 26 U.S.C. § 6323. It is the position of the United States that its interest primes some, if not all others involved and thus, is entitled to a portion or all of the funds.

Counsel for Shelley Cooper indicated that it is possible that Cavalry Investments, LLC's debt was discharged in bankruptcy, which would move the United States to the top of the list of creditors.

The United States believes that the parties involved ought to be able to resolve the matter by conducting limited discovery. Following the exchange of documents, confirming the recording and perfecting dates of each party's lien, and resolving the issue between Cavalry Investments and Shelley Cooper, we anticipate that a stipulation should resolve the matter.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Andrea A. Kafka
ANDREA A. KAFKA
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-7932
Andrea.Kafka@usdoj.gov

CERTIFICATE OF SERVICE

I certify that service of the foregoing DEFENDANT UNITED STATES' STATEMENT PURSUANT TO LOCAL RULE 16(c) has been made upon the following via ECF or by depositing a copy in the United States mail, postage prepaid, this 4th day of September, 2008:

Elizabeth Segovis, Esquire
Rhode Island Legal Services, Inc.
56 Pine Street – 4th Floor
Providence, Rhode Island 02903

Mark Fleisig, Esquire
Fleisig & Gavlick
355 Thayer Street
Providence, Rhode Island 02906

Peter Ruggiero, Esquire
Ruggiero, Orton & Brochu
20 Centerville Road
Level One
Warwick, Rhode Island 02886

/s/ Andrea A. Kafka
ANDREA A. KAFKA
Trial Attorney, Tax Division
U.S. Department of Justice