IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| REAL TIME RESOLUTIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:07-377-ML |
| | ) | |
| SHELLEY E. COOPER a/k/a SHELLY E. | ) | Honorable Mary M. Lisi |
| COOPER, CAVALRY INVESTMENTS LLC, | ) | |
| UNITED STATES OF AMERICA, CITY | ) | Magistrate Judge David L. Martin |
| OF WARWICK (COMMUNITY | ) | |
| DEVELOPMENT HOME IMPROVEMENT | ) | |
| LOAN PROGRAM), | ) | |
| | ) | |
| Defendants. | ) | |

PROPOSED PRETRIAL ORDER AND DISCOVERY PLAN

The defendant United States submits this plan on behalf of all parties involved in this matter. Counsel for the United States has discussed the dates and deadlines involved and all agree to the dates listed.

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, it is ordered that all discovery will be closed by November 10, 2008. The plaintiff is out of the case, having deposited all interpleader funds as ordered by the Court. There is no need for expert disclosures in this case, however should the need arise, defendants shall make their disclosures as required by Federal Rule of Civil Procedure 26(a)(2) by October 9, 2008. Dispositive motions shall be filed by December 9, 2008.

Counsel shall file electronically, 30 days after a decision on any dispositive motion, or, if no dispositive motions are filed, by January 9, 2009 a memorandum which shall contain the following information:

1. Defendants will set forth what is expected to be proved in their claims to the interpleader fund.

2. A memorandum of law with citations of authorities. This is to include all the law applicable to the case with emphasis on special legal issues. All pertinent citations will be fully briefed.

3. A statement as to probable length of trial.

Trial is not likely in this matter, however should it reach that point, at least 10 days before a bench trial is to begin, counsel shall submit to the court in conventional form (paper) the following:

1. A list of all witnesses expected to testify with a brief summary of each witness's testimony and a statement as to whether that witness will testify as an expert.

2. A list of all exhibits intended to be offered at the trial with statements of the purpose for which the exhibit is offered. All exhibits will be pre-marked by the defendants in alphabetical order.

Failure to strictly comply with this order will result in appropriate sanctions which may include dismissal, default, or exclusion of evidence.

After 10 days from the close of discovery, no motions shall be filed except by leave of the undersigned; the case is subject to being called for trial on 48-hour notice, unless otherwise ordered by the undersigned.

This case is ripe for settlement. Every effort should be made to settle the case before the trial date. **Counsel are to advise the clerk of any such settlement and file a stipulation of dismissal no later than 7 days before the scheduled trial date.** Counsel fees may be assessed against one or more of the parties and their counsel if the court determines the lateness of settlement was due to unreasonable or vexatious conduct or neglect.

SO ORDERED:

________________________________
Mary M. Lisi
United States District Judge
September ___, 2008

Entered as an order of this Court on September _____, 2008

________________________________
Deputy Clerk

CERTIFICATE OF SERVICE

I certify that service of the foregoing PROPOSED PRETRIAL ORDER AND DISCOVERY PLAN has been made upon the following via ECF or by depositing a copy in the United States mail, postage prepaid, this 4th day of September, 2008:

Elizabeth Segovis, Esquire
Rhode Island Legal Services, Inc.
56 Pine Street – 4th Floor
Providence, Rhode Island 02903

Mark Fleisig, Esquire
Fleisig & Gavlick
355 Thayer Street
Providence, Rhode Island 02906

Peter Ruggiero, Esquire
Ruggiero, Orton & Brochu
20 Centerville Road
Level One
Warwick, Rhode Island 02886

/s/ Andrea A. Kafka
ANDREA A. KAFKA
Trial Attorney, Tax Division
U.S. Department of Justice