CA 07-377ML

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: KC-2007-0629 REAL TIME RESOLUTIONS V SHELLEY COOPER

Filing Date: 06-22-2007
Case Status: UNASSIGNED

Case Type: INTERPLEADER
Status Date: 06-22-2007

Plaintiff: REAL TIME RESOLUTIONS, INC. Attorney: HOLLY CERITTO
ID: @10912443

Defendant: SHELLEY COOPER
ID: @10912444

Defendant: CAVALRY INVESTMENTS LLC
ID: @10912446

Defendant: WARWICK COMMUNITY DEVELOPMENT HON Attorney: PETER RUGGIERO
ID: @10912448

Defendant: UNITED STATE OF AMERICA
ID: @10675750

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 06-22-2007 | COMPLAINT FILED | |
| 06-22-2007 | INITIAL FILING FEE | |
| 06-22-2007 | Payment Applied | A Payment of -$160.00 was made on receipt SCK57258. |
| 07-16-2007 | ACCEPT OF SUCCESS TRUSTEE FILE | |
| 07-17-2007 | ENTRY OF APPEARANCE | Affiliated: RUGGIERO, PETER D. |
| 07-17-2007 | ANSWER FILED | Affiliated: WARWICK COMMUNITY DEVELOPMENT HOME IMPROVEMENT LOAN PROGRAM |
| 07-25-2007 | SUMMONS,PROOF OF SERVICE FILED | TO CITY OF WARWICK |
| 07-25-2007 | SUMMONS,PROOF OF SERVICE FILED | TO SHELLEY COOPER |
| 07-25-2007 | SUMMONS,PROOF OF SERVICE FILED | TO ALBERT COOPER |
| 07-25-2007 | SUMMONS,PROOF OF SERVICE FILED | TO CAVALRY INVESTMENTS |
| 07-26-2007 | SUMMONS,PROOF OF SERVICE FILED | TO DISTRICT DIRECTOR, ATTN: SPECIAL PROCEDURES SECTION, IRS |
| 07-27-2007 | ANSWER FILED | Affiliated: COOPER, SHELLEY E |
| 08-28-2007 | MOTION TO AMEND COMPLAINT | GRANTED UNDER RULE OF COURT AS OF 9/10/07 Affiliated: REAL TIME RESOLUTIONS, INC. |
| 08-28-2007 | AMENDED COMPLAINT FILED | Affiliated: REAL TIME RESOLUTIONS, INC. |
| 09-12-2007 | ORDER, MOT TO AMEND COMPLAINT | Affiliated: REAL TIME RESOLUTIONS, INC. |
| 09-18-2007 | SUMMONS,PROOF OF SERVICE FILED | UPON DEFT |

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: KC-2007-0629 REAL TIME RESOLUTIONS V SHELLEY COOPER

| | | |
|---|---|---|
| 09-19-2007 | SUMMONS,PROOF OF SERVICE FILED | UPON DEFT US DEPT OF JUSTICE, SERVED ON 09/13 |
| 09-28-2007 | ANSWER FILED | Affiliated: WARWICK COMMUNITY DEVELOPMENT HOME IMPROVEMENT LOAN PROGRAM |
| 10-12-2007 | NOTICE OF REMOVAL | |

TRUE COPY ATTEST

DAVID E. PERRY, CLERK
KENT COUNTY SUPERIOR COURT