# Answere

**Shelley E Cooper**
**Phone: 401- 865-5430**

KC07-629

**To whom it may concern,**

I am entitled to the funds left on the sale of the house. And also looking at the summons the dollar amounts are wrong on payouts. I would like to address the court with my findings. Civil Action File No. 07-0629. Please notify me as to the next action. Sincerely Shelley Cooper

Shelley E. Cooper

Certification

I Shelly Cooper certify that I sent a copy to Holly L. Cerrutto. It was faxed
1080 main street
Pawtucket, RI
fax 401-272-1403

KENT SUPERIOR COURT FILED
07 JUL 27 PM 3:43
DAVID E. PERRY, CLERK

Shelley Cooper

TRUE COPY ATTEST

David E. Perry

DAVID E. PERRY, CLERK
KENT COUNTY SUPERIOR COURT