STATE OF RHODE ISLAND
KENT, SC

SUPERIOR COURT

REAL TIME RESOLUTIONS, INC.
Plaintiff

v.

C.A.No.: 07-0629

SHELLEY E. COOPER a/k/a/SHELLY E. Cooper;
CAVALRY INVESTMENTS LLC;
UNITED STATES OF AMERICA;
CITY OF WARWICK (COMMUNITY DEVELOPMENT
HOME IMPROVEMENT LOAN PROGRAM)

**ANSWER of DEFENDANT, CITY OF WARWICK (COMMUNITY DEVELOPMENT HOME IMPROVEMENT LOAN PROGRAM) TO AMENDED COMPLAINT AND REQUEST FOR DECLARATORY RELIEF**

(Mortgage Foreclosure Surplus Funds)

**PARTIES**

1. The Defendant, City of Warwick, ("Warwick"), neither admits nor denies the allegations contained in Paragraph 1 of the Plaintiff's amended complaint and leaves the Plaintiff to their proof.

2. Warwick neither admits nor denies the allegations contained in Paragraph 2 of the Plaintiff's amended complaint and leaves the Plaintiff to their proof.

3. Warwick neither admits nor denies the allegations contained in Paragraph 3 of the Plaintiff's amended complaint and leaves Plaintiff to their proof.

4. Admitted.

5. Warwick neither admits nor denies the allegations contained in Paragraph 5 of the Plaintiff's amended complaint and leaves the Plaintiff to their proof.

**FACTS**

6. Warwick neither admits nor denies the allegations contained in Paragraph 6 of the Plaintiff's amended complaint and leaves the Plaintiff to their proof.

TRUE COPY ATTEST

DAVID E. PERRY, CLERK
KENT COUNTY SUPERIOR COURT

7. (Sic – no allegation numbered 7 is listed on Plaintiff's complaint)

8. Warwick neither admits nor denies the allegations contained in Paragraph 8 of the Plaintiff's amended complaint and leaves the Plaintiff to their proof.

9. Warwick neither admits nor denies the allegations contained in Paragraph 9 of the Plaintiff's amended complaint and leaves the Plaintiff to their proof.

10. Warwick neither admits nor denies the allegations contained in Paragraph 10 and all subparts thereof of the Plaintiff's amended complaint and leaves the Plaintiff to their proof.

11. Warwick neither admits nor denies the allegations contained in Paragraph 11 of the Plaintiff's amended complaint and leaves the Plaintiff to their proof.

**WHEREFORE**, the Defendant, City of Warwick (Community Development Home Improvement Loan Program), respectfully prays this Court deny and dismiss the Plaintiff's Petition, award costs, fees, and reasonable attorney fees, and grant such other legal or equitable relief as this court deems just and reasonable under the circumstances.

The Defendant,
CITY OF WARWICK, COMMUNITY
DEVELOPMENT HOME
IMPROVEMENT LOAN PROGRAM,
By Their Attorney,

Peter D. Ruggiero, City Solicitor (# 5733)
RUGGIERO, ORTON & BROCHU
20 Centerville Road
Warwick, RI 02886
Tel: (401) 737-8700
Fax: (401) 737-0735

Dated: 9-26-07

CERTIFICATION

I hereby certify that a true copy of the within Answer to Amended Complaint was sent by regular mail, postage prepaid, to: Gini Spaziano, Esq., 1080 Main Street, Pawtucket, RI 02860 on this 27th day of September, 2007.

Mary Ann Leonardo