STATE OF RHODE ISLAND
KENT, SC.

SUPERIOR COURT

REAL TIME RESOLUTIONS, INC.
Plaintiff,

VS.

C.A.NO.: KC-07-0629

SHELLEY E. COOPER; ALBERT E. COOPER; CAVALRY INVESTMENTS LLC; INTERNAL REVENUE SERVICE; CITY OF WARWICK COMMUNITY DEVELOPMENT HOME IMPROVEMENT LOAN PROGRAM
Defendants.

# ANSWER OF DEFENDANT CITY OF WARWICK COMMUNITY DEVELOPMENT HOME IMPROVEMENT LOAN PROGRAM

1. Defendant neither admits nor denies the allegations contained in Paragraph 1 of the Plaintiffs' complaint and leave Plaintiffs to their proof.

2. Defendant neither admits nor denies the allegations contained in Paragraph 2 of the Plaintiffs' complaint and leave Plaintiffs to their proof.

3. Defendant neither admits nor denies the allegations contained in Paragraph 3 of the Plaintiffs' complaint and leave Plaintiffs to their proof.

4. Defendant neither admits nor denies the allegations contained in Paragraph 4 of the Plaintiffs' complaint and leave Plaintiffs to their proof.

5. Admitted.

6. Defendant neither admits nor denies the allegations contained in Paragraph 6 of the Plaintiffs' complaint and leave Plaintiffs to their proof.

7. Defendant neither admits nor denies the allegations contained in Paragraph 7 of the Plaintiffs' complaint and leave Plaintiffs to their proof.

8. Defendant neither admits nor denies the allegations contained in Paragraph 8 of the Plaintiffs' complaint and leave Plaintiffs to their proof.

9. Defendant neither admits nor denies the allegations contained in Paragraph 9 of the Plaintiffs' complaint and leave Plaintiffs to their proof.

TRUE COPY ATTEST

10. (a) Defendant neither admits nor denies the allegations contained in Paragraph 10 subsection (a) of the Plaintiffs' complaint and leave Plaintiffs to their proof.

DAVID E. PERRY, CLERK
KENT COUNTY SUPERIOR COURT

(b) Admitted.

(c) Defendant neither admits nor denies the allegations contained in Paragraph 10 subsection (c) of the Plaintiffs' complaint and leave Plaintiffs to their proof.

11. Defendant neither admits nor denies the allegations contained in Paragraph 11 of the Plaintiffs' complaint and leave Plaintiffs to their proof.

WHEREFORE, the Defendant, City of Warwick Community Development Home Improvement Loan Program, respectfully pray this Court deny and dismiss the Plaintiff's Petition, award costs, fees, and reasonable attorney fees, and grant such other legal or equitable relief as this court deems just and reasonable under the circumstances.

AFFIRMATIVE DEFENSES

Failure To State A Claim Upon Which Relief May Be Granted

Lack of Subject Matter Jurisdiction

Waiver – Failure To Follow Statutory Procedures

The Defendant,
CITY OF WARWICK COMMUNITY
DEVELOPMENT HOME
IMPROVEMENT LOAN PROGRAM,
By Their Attorney,

[signature]

Peter D. Ruggiero, Assistant City Solicitor (# 5733)
RUGGIERO, ORTON & BROCHU
20 Centerville Road
Warwick, RI 02886
Tel: (401) 737-8700
Fax: (401) 737-0735

Dated: July 16, 2007

CERTIFICATION

I, hereby certify that a true copy of the within entry and answer was sent by regular mail, postage prepaid, to: Joseph A. Camillo, 1080 Main Street, Pawtucket, RI 02860 on this 16th day of July, 2007.

[signature]